# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK JULLIAN GARDEN,**<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**COUNTY OF LOS ANGELES,** *et al.***,**<br><br>       **Defendants.** | **Case No.: CV 19-01529-CJC(MAAx)**<br><br><br>**JUDGMENT** |

This action came before the Court on Defendants County of Los Angeles and Deputies Jonathan P. Schnerenger and Ivan Bresciani's unopposed Motion for Summary Judgment.

//
//
//
//
//

1 　　　As set out in the Court's concurrently issued order, judgment is entered in favor of
2 Defendants, and Plaintiff's claims are dismissed. Accordingly, this case is **DISMISSED**
3 **IN ITS ENTIRETY**.

5 　　　DATED:　　August 18, 2020

6 　　　　　　　　　　　　　　　　　　　　　　　_____
7 　　　　　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
8 　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE