JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JULLIAN GARDEN,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br>　　　　　　　Defendants. | Case No. 2:19-cv-01529-SSS-MAAx<br><br>**FINAL JUDGMENT ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DKTS. 73 & 79]** |

## JUDGMENT

Pursuant to the Order Granting Defendants' Motion for Summary Judgment [Dkts. 73 & 79] and after considering the papers filed in support of and against Defendants' Motion, **IT IS HEREBY ORDERED THAT**:

1. The Defendant's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's complaint and action are **HEREBY DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: December 22, 2022

_____
SUNSHINE S. SYKES
United States District Judge