1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JULLIAN GARDEN, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES; DEPUTY JONATHAN P. SCHNERENGER, an individual; DEPUTY IVAN BRESCIANI, an individual; DOES 1 through 100, inclusive,<br><br>        Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No.: 2:19-cv-01529-SSS-MAAx<br><br>**JUDGMENT AFTER AWARD OF COSTS** |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JUDGMENT AFTER AWARD OF COSTS

This Court entered judgment in favor of Defendants County of Los Angeles, Deputy Jonathan Schnerenger, and Deputy Ivan Bresciani and dismissed this action with prejudice on December 12, 2022 after granting Defendants' Motion for Summary Judgment (Dkt. Nos. 107 & 108).

On January 4, 2023, Defendants filed their Application to Tax Costs in the amount of $11,274.58 (Dkt. No. 110).  On February 27, 2023, the Clerk taxed costs in favor of Defendants and against Plaintiff Mark Jullian Garden in the amount of $10,177.08 (Dkt. No. 111).

NOW, THEREFORE, IT IS ORDERD, ADJUDGED AND DECREED that Defendants County of Los Angeles, Deputy Jonathan Schnerenger, and Deputy Ivan Bresciani shall be awarded costs in the amount of $10,177.08 against Plaintiff Mark Jullian Garden.

IT IS SO ORDERED.

DATED:  March 13, 2023

_____
Honorable Sunshine S. Sykes
United States District Judge

- 2 -
JUDGMENT AFTER AWARD OF COSTS